UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 10-114 |
| Plaintiff, : | |
| vs. : | |
| : | Honorable Katharine S. Hayden |
| KENNETH LOWSON, a/k/a "Money," : | |
| KRISTOFER KIRSCH, a/k/a "Robert : | |
| Woods," JOEL STEVENSON, and : | |
| FAISAL NAHDI, : | |
| : | **ELECTRONICALLY FILED** |
| Defendants. : | |

## ORDER OF COURT

AND NOW, to-wit, this 20th day of October 2011, the Defendant's Motion for the Return of Defendant Kenneth Lowson's Passport is hereby GRANTED and counsel is ORDERED to return to Kenneth Lowson his passport.

_____
Honorable Katharine S. Hayden
United States District Judge