UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>KENNETH LOWSON<br><br>*Defendant.* | Honorable KATHARINE S. HAYDEN, U.S.D.J.<br><br>Criminal No. **10-114**<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS**, on April 20, 2010, the United States filed a Superseding Indictment, Criminal No. 10-114(KSH), against defendant Kenneth Lowson, charging him with violations of Title 18, United States Code, Sections 371, 1030 and 1343; and

**WHEREAS**, on November 18, 2010, Kenneth Lowson pled guilty to the Superseding Indictment; and

**WHEREAS,** on June 6, 2011, a Consent Judgment and Preliminary Order of Forfeiture was entered between the United States and Defendant Kenneth Lowson pursuant to the terms of the Plea Agreement, under which the defendant agreed, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28 United States Code, Section 2461(c), and Title 18, United States Code, Section 982 to the forfeiture of:

a. $1,225,000 in United States currency currently in the possession of the United States District Clerk's Office, District of New Jersey;

b. Hewlett Packard Proliant DL360 Server, S/N EAOHMSFZ3S;

c. Hewlett Packard Proliant DL360 Server, S/N EAOCMSFZ3S;

d.  Maxtor HD S/N: Y3JJHQWE;

e.  Seagate HD S/N: 6RA8X4KJ;

f.  Seagate HD S/N: 6RA8XZTP;

g.  Apple XServe RAID, S/N QPG40041UAG;

h.  General Technics Server, Labeled AN041, S/N GT052307;

i.  General Technics Server Labeled AN047, S/N GT05230;

j.  HP Proliant DL360 Server Labeled TYCHE, S/N EAOGMSFZ3S;

k.  Apple XServe, S/N G86511MUV2Q;

l.  Apple XServe Labeled AN066, S/N QP50807USLZ;

m.  General Technics Server Labeled AN039, S/N GT052294;

n.  HP Proliant DL145 Server Labeled TDC-DEV, S/N USE827N4F9;

o.  HP Proliant DL360 Server Labeled Artemis, S/N EA5SMSGZ3P;

p.  General Technics Server Labeled AN016, S/N GT032829;

q.  HP Proliant DL360 Server Labeled AN070, S/N EA02MSFZ3M;

r.  General Technics Server Labeled PERSEPHONE, S/N GT027669;

s.  General Technics Server Labeled AN009, S/N GT028225;

t.  General Technics Server Labeled AN049, S/N GT052305;

u.  Apple XServe, S/N G88050BDX8S;

v.  HP Proliant DL145 Server Labeled PTS255, S/N USE827N47H;

w.  HP Proliant DL380 Server Labeled AN057 AMUN, S/N EADKKJNZ32;

x.  HP Proliant DL385G2 Server Labeled CERBERUS, S/N USE812NF2H;

y.  HP Proliant ML350 Server Labeled AN065, S/N EA25MT6Z3M;

z. Apple Mac Pro, S/N G88161P5XYL;

aa. Apple iMac 2411 Monitor/CPU, S/N W86424NXVGN;

bb. Seagate External Hard Drive Labeled AN121 Temp Disk, S/N 5NF2MB47;

cc. HP DL145R03 Server In Box, S/N USE827N4G9;

dd. HP DL145R03 Server In Box, S/N USE827N4F8;

ee. HP DL14SR03 Server In Box, S/N USE827N4GS;

ff. HP DL145R03 Server In Box, S/N USE827N4FM;

gg. HP DL14SR03 Server In Box, S/N USE827N47N;

hh. HP DL145R03 Server In Box, S/N USE827N4GB;

ii. HP DL14SR03 Server In Box, S/N USE827N4FN;

jj. HP DL145R03 Server In Box, S/N USE827N4FK;

kk. HP DL145R03 Server In Box, S/N USE827N4GH;

ll. HP DL145R03 Server In Box, S/N USE827N4GD;

mm. HP DL145R03 Server In Box, S/N USE827N4GA;

nn. HP DL145R03 Server In Box, S/N USE827N4FA;

oo. HP DL145R03 Server In Box, S/N USE827N4F5;

pp. HP DL145R03 Server In Box, S/N USE827N47L;

qq. HP DL145R03 Server In Box, S/N USE827N4GK;

rr. HP DL145R03 Server In Box, S/N USE751N4ZM;

ss. HP DL145R03 Server In Box, S/N USE751N4ZS;

tt. HP DL145R03 Server In Box, S/N USE751N438HP;

uu. Proliant DL360 Server In Box Labeled Advanced Networks, S/N USM546003L;

vv.  Toshiba Hard Drive, S/N 75CW1640S;

ww. Maxtor Hard Drive, S/N Y2AMBMQE;

xx. Maxtor Hard Drive, S/N Y2AMBNNE;

yy. Apple 30" Cinema Hd Display Monitor, S/N CY6490C5UG1;

zz. Netgear Model GSM7352S Switch, S/N 18J3674000001;

aaa. HP Proliant DL145 Server Labeled PTS242, S/N USE827N4FK;

bbb. Apple iSight Camera, Model 1023, S/N W9331-5CBMZL;

ccc. HP Proliant DL145 Server Labeled PTS170, S/N USE751N44A;

ddd. HP Proliant DL145 Server Labeled PTS237, S/N USE827N47N;

eee. HP Proliant DL145 Server Labeled PTS236, S/N USE827N4GB;

fff. Apple XServe Labeled XSERV4, S/N G86511MTV2Q;

ggg. HP Proliant DL360 Server Labeled AN078, S/N EAOMMSFZ3S;

hhh. HP Proliant DL360 Server Labeled ADVANCEDNETX.NET;

iii. AN081, S/N EAODMSFZ3S;

jjj. HP Proliant DL360 Server Labeled ADVANCEDNETX.NET AN081, S/N EA09MSFZ3S;

kkk. HP Proliant DL360 Server Labeled AN091, S/N EA05MSFZ3S;

lll. Apple Mac Mini Computer, S/N YM6252E3U35;

mmm.  Apple 24" Cinema HD Display Monitor, S/N 2A8121KEXMN;

nnn. Apple 24" Cinema HD Display Monitor, S/N 2A72845GXMN;

ooo. Apple 30" Cinema HD Display Monitor, S/N CY62014XUG1;

ppp. Apple 30" Cinema HD Display Monitor, S/N CY43909ZPKM;

qqq. IOGear 2 Port DVI KVMP Switch, Model GCS1762, S/N 01550025AAV0484;

rrr. Seagate Hard Drive, S/N 9LR1DSJ9;

sss. Seagate Hard Drive, S/N 3EK154NH; and

ttt. Silver-colored Mac Pro/3.2, SERIAL # G8805001XYL

(hereinafter "the property") because it represented proceeds traceable to violations of Title 18, United States Code, Section 1030 and/or 1343; and

**WHEREAS,** pursuant to 21 U.S.C. § 853(n)(1), a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on June 23, 2011, and running for thirty consecutive days through July 22, 2011 (*see* Exhibit A to the Declaration of Seth Kosto with Exhibits); and

**WHEREAS** no claims or answers have been filed against the Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against

a. $1,225,000 in United States currency currently in the possession of the United States District Clerk's Office, District of New Jersey;

b. Hewlett Packard Proliant DL360 Server, S/N EAOHMSFZ3S;

c. Hewlett Packard Proliant DL360 Server, S/N EAOCMSFZ3S;

d. Maxtor HD S/N: Y3JJHQWE;

e. Seagate HD S/N: 6RA8X4KJ;

f. Seagate HD S/N: 6RA8XZTP;

g. Apple XServe RAID, S/N QPG40041UAG;

h. General Technics Server, Labeled AN041, S/N GT052307;

i. General Technics Server Labeled AN047, S/N GT05230;

j. HP Proliant DL360 Server Labeled TYCHE, S/N EAOGMSFZ3S;

k. Apple XServe, S/N G86511MUV2Q;

l. Apple XServe Labeled AN066, S/N QP50807USLZ;

m. General Technics Server Labeled AN039, S/N GT052294;

n. HP Proliant DL145 Server Labeled TDC-DEV, S/N USE827N4F9;

o. HP Proliant DL360 Server Labeled Artemis, S/N EA5SMSGZ3P;

p. General Technics Server Labeled AN016, S/N GT032829;

q. HP Proliant DL360 Server Labeled AN070, S/N EA02MSFZ3M;

r. General Technics Server Labeled PERSEPHONE, S/N GT027669;

s. General Technics Server Labeled AN009, S/N GT028225;

t. General Technics Server Labeled AN049, S/N GT052305;

u. Apple XServe, S/N G88050BDX8S;

v. HP Proliant DL145 Server Labeled PTS255, S/N USE827N47H;

w. HP Proliant DL380 Server Labeled AN057 AMUN, S/N EADKKJNZ32;

x. HP Proliant DL385G2 Server Labeled CERBERUS, S/N USE812NF2H;

y. HP Proliant ML350 Server Labeled AN065, S/N EA25MT6Z3M;

z. Apple Mac Pro, S/N G88161P5XYL;

aa. Apple iMac 2411 Monitor/CPU, S/N W86424NXVGN;

bb. Seagate External Hard Drive Labeled AN121 Temp Disk, S/N 5NF2MB47;

cc.  HP DL145R03 Server In Box, S/N USE827N4G9;

dd.  HP DL145R03 Server In Box, S/N USE827N4F8;

ee.  HP DL14SR03 Server In Box, S/N USE827N4GS;

ff.  HP DL145R03 Server In Box, S/N USE827N4FM;

gg.  HP DL14SR03 Server In Box, S/N USE827N47N;

hh.  HP DL145R03 Server In Box, S/N USE827N4GB;

ii.  HP DL14SR03 Server In Box, S/N USE827N4FN;

jj.  HP DL145R03 Server In Box, S/N USE827N4FK;

kk.  HP DL145R03 Server In Box, S/N USE827N4GH;

ll.  HP DL145R03 Server In Box, S/N USE827N4GD;

mm.  HP DL145R03 Server In Box, S/N USE827N4GA;

nn.  HP DL145R03 Server In Box, S/N USE827N4FA;

oo.  HP DL145R03 Server In Box, S/N USE827N4F5;

pp.  HP DL145R03 Server In Box, S/N USE827N47L;

qq.  HP DL145R03 Server In Box, S/N USE827N4GK;

rr.  HP DL145R03 Server In Box, S/N USE751N4ZM;

ss.  HP DL145R03 Server In Box, S/N USE751N4ZS;

tt.  HP DL145R03 Server In Box, S/N USE751N438HP;

uu.  Proliant DL360 Server In Box Labeled Advanced Networks, S/N USM546003L;

vv.  Toshiba Hard Drive, S/N 75CW1640S;

ww.  Maxtor Hard Drive, S/N Y2AMBMQE;

xx.  Maxtor Hard Drive, S/N Y2AMBNNE;

yy.   Apple 30" Cinema Hd Display Monitor, S/N CY6490C5UG1;

zz.   Netgear Model GSM7352S Switch, S/N 18J3674000001;

aaa.  HP Proliant DL145 Server Labeled PTS242, S/N USE827N4FK;

bbb.  Apple iSight Camera, Model 1023, S/N W9331-5CBMZL;

ccc.  HP Proliant DL145 Server Labeled PTS170, S/N USE751N44A;

ddd.  HP Proliant DL145 Server Labeled PTS237, S/N USE827N47N;

eee.  HP Proliant DL145 Server Labeled PTS236, S/N USE827N4GB;

fff.  Apple XServe Labeled XSERV4, S/N G86511MTV2Q;

ggg.  HP Proliant DL360 Server Labeled AN078, S/N EAOMMSFZ3S;

hhh.  HP Proliant DL360 Server Labeled ADVANCEDNETX.NET;

iii   AN081, S/N EAODMSFZ3S;

jjj.  HP Proliant DL360 Server Labeled ADVANCEDNETX.NET AN081, S/N EA09MSFZ3S;

kkk.  HP Proliant DL360 Server Labeled AN091, S/N EA05MSFZ3S;

lll.  Apple Mac Mini Computer, S/N YM6252E3U35;

mmm.  Apple 24" Cinema HD Display Monitor, S/N 2A8121KEXMN;

nnn.  Apple 24" Cinema HD Display Monitor, S/N 2A72845GXMN;

ooo.  Apple 30" Cinema HD Display Monitor, S/N CY62014XUG1;

ppp.  Apple 30" Cinema HD Display Monitor, S/N CY43909ZPKM;

qqq.  IOGear 2 Port DVI KVMP Switch, Model GCS1762, S/N 01550025AAV0484;

rrr.  Seagate Hard Drive, S/N 9LR1DSJ9;

sss.  Seagate Hard Drive, S/N 3EK154NH; and

Silver-colored Mac Pro/3.2, SERIAL # G8805001XYL

and no right, title or interest in the Property shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshal Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 22nd day of November, 2011.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge